# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **EVESTER THARP,** | } |
| Plaintiff, | } |
| v. | }  Case No.:  2:08-CV-1979-RDP-HGD |
| **CORRECTIONAL MEDICAL SERVICES, et al.,** | } |
| Defendants. | } |

## MEMORANDUM OF OPINION

This Magistrate Judge filed a Report and Recommendation on March 30, 2010, recommending that this action be dismissed for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Alternatively, the Report recommended that any state law claims against Carraway Methodist Medical Center be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3). No objections to the Report and Recommendation have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and hereby is **ADOPTED** and the Recommendation is **ACCEPTED**. Accordingly, this action is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Alternatively, to the extent Plaintiff has asserted state law claims against Carraway Methodist Medical Center, those are due to be dismissed without prejudice pursuant to 28 U.S.C. §1367(c)(3),

**DONE** and **ORDERED** this      28th      day of April, 2010.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE